## Return

| Case No.: 24-MJ-14 | Date and time warrant executed: 01/08/24  3:15pm | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Det. Steve Kirby

Inventory of the property taken and name(s) of any person(s) seized:

The data received from the cellular service providers was saved to discs and inventoried as evidence at the Wauwatosa Police Department:

Inventory # 24-000526-001 - All service providers.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/16/24

_Executing officer's signature_

TFO Martin Keck
_Printed name and title_